FILED'10 JUL 22 15:46 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 10-CR-60036-AA ) |
| | ) **ORDER** |
| v. | ) |
| SALVADOR ZAMBRANO-MENDOZA, | ) ) |
| Defendant. | ) |

Based upon the government's motion pursuant to U.S.S.G. § 5K1.3,

IT IS HEREBY ORDERED that a three-level downward departure of defendant's sentence for early disposition of the case IS GRANTED.

SO ORDERED this 22 day of July 2010.

_____
ANN AIKEN
United States District Court Judge

Submitted by:

DWIGHT C. HOLTON
United States Attorney

_____
JEFFREY S. SWEET
Assistant United States Attorney